IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TROY MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-858-JO |
| | ) | |
| v. | ) | J U D G M E N T |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

Based upon the record,

IT IS ORDERED AND ADJUDGED this action is dismissed. Any pending motions are denied as moot.

DATED this 12th day of November, 2009.

ROBERT E. JONES
U.S. District Judge