FILED'11 MAR 08 1256USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| TROY MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 08-858-JO |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| COMMISSIONER, SOCIAL SECURITY | ) | |
| ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |

Tim D. Wilborn
WILBORN LAW OFFICE, P.C.
P. O. Box 2768
Oregon City, OR 97045

   Attorney for Plaintiff

Carol A. Hoch
Michael S. Howard
Leisa A. Wolf
Thomas M. Elsberry
SOCIAL SECURITY ADMINISTRATION
Office of General Counsel
701 Fifth Avenue
Suite 2900 M/S 901
Seattle, WA 98104-7075

Adrian L. Brown
U.S. ATTORNEY'S OFFICE
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204

　　Attorneys for Defendant

JONES, Judge:

　　This matter is before the court on plaintiff's application (# 31) for attorney fees and

expenses pursuant to 28 U.S.C. § 2412(d) in the amount of $9,053.72 (fees) and $69.55

(expenses).  Defendant has stipulated to the award as requested.  Accordingly,

　　IT IS HEREBY ORDERED that plaintiff is awarded $9,053.72 in attorney fees and

$69.55 in expenses.

　　DATED this 8th day of March, 2011.

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　ROBERT E. JONES
　　　　　　　　　　　　　　　　　　　　U.S. District Judge

2 - ORDER